# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOE CASTILLO : | |
| : | |
| Plaintiff, : | Case No. 11-1296 (PGS) |
| : | |
| v. : | **ORDER** |
| : | |
| COMMISSIONER OF SOCIAL : | |
| SECURITY : | |
| : | |
| Defendant. : | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915; it is on this 10th day of March, 2011

ORDERED that the application is:

__X__   GRANTED, and the clerk is directed to file the complaint; and

IT IS FURTHER ORDERED that the clerk issue summons to be served by the plaintiffs attorney upon defendants with copies of the Complaint and this Order.

_____   DENIED, for the following reasons:

_____

_____

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.